NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re  TRANSGENDER AMERICAN VETERANS ASSOCIATION,**
*Petitioner*

---

2024-108

---

On Petition for Writ of Mandamus to the Department of Veterans Affairs.

---

**ON MOTION**

---

**O R D E R**

Petitioner moves with consent to voluntarily dismiss the petition "without prejudice and without fees or costs to either side, pursuant to Federal Rule of Appellate Procedure 42(b)."  ECF No. 52 at 1.

The court notes that while petitioner requests dismissal without prejudice, it is not the court's practice to indicate whether dismissal is with or without prejudice.

Upon consideration thereof,

2       IN RE: TRANSGENDER AMERICAN VETERANS ASSOCIATION

IT IS ORDERED THAT:

(1)  The motion to dismiss is granted to the extent that the petition is dismissed.

(2)  All other pending motions are denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 5, 2024
Date